IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TERIKA MOSTELLA, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-214 |
| v. | |
| ENVIRO HYDRO HOLDINGS, INC., | |
| Defendant. | |

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal With Prejudice, signed and filed by counsel for Plaintiff and counsel for Defendant, in which the parties stipulate to the dismissal of this matter with prejudice. (Doc. 17.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 28th day of March, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA